FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 04 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SANTOS VICENTE CUXULIC,
on behalf of himself and similarly situated employees,

                    Plaintiff,

-against-

M&A PROJECTS INC and BOGDAN MALINOWSKI,

                    Defendants.
---------------------------------------------------------------x

No. 18-cv-2621(ERK)(PK)

STIPULATION AND
ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for Plaintiff and Defendants that any and all claims asserted by Plaintiff in the above entitled action are hereby discontinued and dismissed, with prejudice, as against Defendants, without costs or attorneys' fees to any party as against another.

Dated: New York, New York
       September 10, 2018

_____
James F. Sullivan
*Attorneys for Plaintiff*
Law Offices of James F. Sullivan, P.C.
52 Duane Street, 7th Floor
New York, New York 10007
(212) 374-0009

_____
Felipe Orner
*Attorney for Defendants*
72-29 137th Street
Flushing, New York 11367
(718) 575-9600

SO ORDERED:

/S/ Judge Edward R. Korman
_____
HONORABLE EDWARD R. KORMAN
U.S. DISTRICT JUDGE

9